**ORDERED.**

BRIAN A. PAINO (AZ BN 027091)
JOSEPHINE E. PIRANIO (AZ BN 020630)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
jsalmon@piteduncan.com

**Dated: May 25, 2010**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - TUCSON DIVISION

| | |
|---|---|
| In re<br><br>BARBARA LYNN HANCOCK AND MELVIN D HANCOCK,<br><br>Debtor(s). | Case No. 4:10-BK-00798-EWH<br><br>Chapter 13<br><br>ORDER FOR RELIEF |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>Movant,<br><br>v.<br><br>BARBARA LYNN HANCOCK AND MELVIN D HANCOCK, Debtor(s); and DIANNE C. KERNS, Chapter 13 Trustee,<br><br>Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel, and the Trustee, and no objection having been received, and good cause appearing therefor,

/./././

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The automatic stay of 11 United States Code section 362 is hereby terminated as it applies to Movant regarding property commonly known as 2745 W Goldmine Mtn Dr, Queen Creek, Arizona 85242 ("Real Property").

> LOT 36, VILLAGE AT SAN TAN HEIGHTS, PARCEL 4, ACCORDING
> TO CABINET D, SLIDE 112, RECORDS OF PINAL COUNTY, ARIZONA;
> EXCEPT ALL THE COAL AND OTHER MINERALS AS RESERVED
> IN THE PATENT.

2. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

3. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

4. Counsel for Movant is to serve a copy of this Order immediately upon Debtors, Debtors' counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE